**Order entered November 2, 2020**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00552-CV

### WWLC INVESTMENT, L.P., Appellant

### V.

### SORAB MIRAKI, Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. NO. 471-06552-2019**

### ORDER

Before the Court is appellant's October 30, 2020 third motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **November 6, 2020**. We caution appellant that further extension requests will be disfavored.

/s/ BILL WHITEHILL
   JUSTICE